IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANGELA DENISE NAILS,       )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )       1:06cv251-MHT
                           )
AL JONES,                  )
                           )
    Defendant.             )
```

OPINION

Plaintiff filed this lawsuit asserting a 'legal' negligence claim.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of April, 2006.


                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE